[No. 28113-5-I.  Division One.  August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER RUTHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06010-8, Steven G. Scott, J., entered March 22, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28173-9-I.  Division One.  August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RAPHAEL A. HENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07217-3, Norma Smith Huggins, J., entered April 8, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28564-5-I.  Division One.  August 31, 1992.]

CAROL A. WOLK, *Respondent*, v. KIM M. WOLK, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 91-2-05056-3, Alan R. Hancock, J., entered May 6, 1991. *Affirmed* by unpublished per curiam opinion.